IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIE RODRIGUEZ-DIVIS,<br><br>                    Plaintiff,<br><br>vs.<br><br>ARBOR E & T, LLC,<br><br>                    Defendant. | 8:15CV151<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Randall L. Goyette to withdraw as counsel on behalf of Arbor E & T, LLC, (filing no. 23), is granted.

Dated this 4th day of August, 2015

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge